UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

WAYNE HENSCHEL,

      Plaintiff,                                    Case No. 12-11777
                                                    Honorable Thomas L. Ludington

v.

CLARE COUNTY ROAD COMMISSION,

      Defendant.
_____/

**JUDGMENT**

In accordance with the Order entered on this date,

It is **ORDERED AND ADJUDGED** that Plaintiff's complaint is **DISMISSED** with prejudice.


Dated: April 16, 2013                                s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                              United States District Judge

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 16, 2013.

                              s/Tracy A. Jacobs
                              TRACY A. JACOBS